**UNITED STATES of America, Plaintiff–Appellee,**

**and**

**Christopher Kim, aka Chris Kim, aka KJ Kim, aka Kyung Joon Kim; et al., Claimant–Appellee,**

**Eric Honig; et al., Intervenor–Appellees,**

v.

**475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, Real Property Located at, Defendant,**

---

Optional Capital, Inc., aka Optional Ventures, Claimant–Appellant.

No. 12–55417.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2012.

Filed Nov. 27, 2012.

Melissa Briggs, Thomas J. Clark, U.S. Department of Justice, Washington, DC, Gavin Greene, Usla—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Mary Lee, Law Offices of Mary Lee, Ralph Rogari, Rehm & Rogari, Los Angeles, CA, for Claimant–Appellant.

Eric Honig, Esquire, Law Offices of Eric S. Honig, Marina Del Rey, CA, for Claimant–Appellee/Intervenor–Appellee.

Janet Sherman, Sherman & Sherman, Santa Monica, Ca, for Intervenor–Appellee.

William K. Mills, Parker Shumaker Mills, LLP, Los Angeles, CA, Claimant–Appellee.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and GONZALEZ, District Judge.*

MEMORANDUM **

Optional Capital, Inc. ("Optiona") contends that the district court abused its discretion in issuing a preliminary injunc-

---

* The Honorable Irma E. Gonzalez, District Judge for the U.S. District Court for Southern California, sitting by designation.

tion preventing it from levying on the properties involved in this case. We disagree. The district court rightly found that there were serious questions going to the merits and that the balance of hardships tilted strongly against Optional. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir.2011).

This court does not have jurisdiction at this time to review the district court's interlocutory order on lien priorities because it is not "inextricably intertwined" with the preliminary injunction. *Hendricks v. Bank of Am., N.A.*, 408 F.3d 1127, 1134 (9th Cir.2005).

Appellee's motions to strike are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.